## ELECTRONIC RECORD
*1445·14*

COA # 02-12-00638-CR            OFFENSE: AGGRAVATED ASSAULT

STYLE:   GRIMALDO, GILBERT            COUNTY:   Tarrant

COA DISPOSITION:     AFFIRM            TRIAL COURT:   297th District Court

DATE: 9/18/2014            Publish: NO   TC CASE #:     1243882D

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   GRIMALDO, GILBERT v.            CCA #:            *1445·14*

_____*PRO SE*_____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE:   _____

*DISMISSED AS UNTIMELY*            JUDGE:   _____

DATE: _____*2/11/2015*_____        SIGNED: _____        PC: _____

JUDGE: _____ *Per Curiam* _____        PUBLISH: _____        DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____